UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITIFINANCIAL MORTGAGE
COMPANY INC.,

    Plaintiff,

v.

    File No.  1:05-CV-855

    HON. ROBERT HOLMES BELL

JAMES R. BRANN, jointly and
severally, et al.,

    Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

Defendants have filed an amended petition for removal. The Court has reviewed the petition and finds that it suffers from the same defect addressed in the Court's previous memorandum opinion and order dated February 13, 2006 (Docket #13). Accordingly,

**IT IS HEREBY ORDERED** that Defendants' amended petition for removal (Docket #14) is **DENIED**.


Date:   February 23, 2006    /s/ Robert Holmes Bell
    ROBERT HOLMES BELL
    CHIEF UNITED STATES DISTRICT JUDGE