UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITIFINANCIAL MORTGAGE
COMPANY INC.,

      Plaintiff,

v.

JAMES R. BRANN, jointly and
severally, et al.,

      Defendants.
                                     /

File No.  1:05-CV-855

HON. ROBERT HOLMES BELL

## **AMENDED MEMORANDUM OPINION AND ORDER**

Defendants have filed an amended petition for removal.  The Court has reviewed the petition and finds that it suffers from the same defect addressed in the Court's previous memorandum opinion and order dated February 13, 2006 (Docket #13), as amended on February 24, 2006.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' amended petition for removal (Docket #14) is **DENIED**.


Date:   February 24, 2006        /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      CHIEF UNITED STATES DISTRICT JUDGE